FILED
United States Court of Appeals
Tenth Circuit

August 22, 2011

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

In re: KENT EDWIN FICKEN;
ROBERTA PAULINE FICKEN,

Debtors.

_____

KENT EDWIN FICKEN; ROBERTA
PAULINE FICKEN,

Plaintiffs - Appellees,

v.

INTERNAL REVENUE SERVICE,

Defendant - Appellant.

No. 10-1276

(BAP No. 09-042-CO)

**ORDER AND JUDGMENT**[*]

Before **HARTZ**, **ANDERSON**, and **TYMKOVICH**, Circuit Judges.

The dispositive legal issue in this appeal has been resolved by this court's

opinion in *United States v. Dawes*, No. 09-3129, 2011 WL 2450930 (10th Cir.

---

[*]After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

June 21, 2011).  We REVERSE the judgment of the  district court and REMAND

for further proceedings consistent with that opinion.

ENTERED FOR THE COURT


Harris L Hartz
Circuit Judge